JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:  541-419-0074
Email:  jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARIE BERKEBILE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant, | Case No. 1:14-cv-01530-BAM<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to June 15, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is in the process of resolving a a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  May 13, 2015                     JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        /s/Jacqueline A. Forslund
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date: May 13, 2015                      BENJAMIN J. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                        /s/*Chantal Jenkins
                                        CHANTAL JENKINS
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


ORDER

Pursuant to the stipulation of the parties, Plaintiff's opening brief is due no later than June 15, 2015.  All dates in the scheduling order issued on September 30, 2015 are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 14, 2015**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

**Berkebile  v. Colvin**                                    **Stipulation and Order**
**E.D. Cal. 1:14-cv-01530-BAM**

